UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAHIL S.,[1]

            Petitioner,

      v.

CHRISTOPHER CHESTNUT, et al.,

            Respondents.

No.  1:26-cv-00330-JLT-SKO (HC)

A-Number: 226-067-625

**FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS**

**(Doc. 1)**

**[21-DAY OBJECTION DEADLINE]**

Petitioner Sahil S. is a noncitizen whom immigration authorities released on May 28, 2024, on his own recognizance, but then re-detained on December 11, 2025, during a routine Immigration and Customs Enforcement ("ICE") check-in.  On January 15, 2026, Petitioner filed the instant habeas petition along with a motion for temporary restraining order ("TRO"). (Docs. 1, 2.) On January 30, 2026, the Court converted the motion for TRO into a motion for preliminary injunction and granted said motion. (Doc. 12.) The Court ordered Respondents to release Petitioner immediately, and permanently enjoined and restrained Respondents from rearresting or re-detaining Petitioner absent compliance with constitutional protections.  Respondent was granted 45 days to file a further brief on the merits, or file a notice that it does not intend to file an

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. See Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

additional brief. Over 45 days have passed, and Respondents have not filed additional briefing.

**CONCLUSION & RECOMMENDATION**

As Respondents submit no further argument, for the reasons stated in the order granting preliminary injunction, the Court concludes that Respondents violated Petitioner's due process rights by re-detaining her without notice, without opportunity to respond, and without any material change in circumstances concerning whether Petitioner is a danger to the public or a flight risk.  The Court hereby RECOMMENDS that the petition be GRANTED.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within twenty-one (21) days after being served with a copy of this Findings and Recommendation, a party may file written objections with the Court and serve a copy on all parties. Id. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   **March 25, 2026**          _/s/ Sheila K. Oberto_
                                UNITED STATES MAGISTRATE JUDGE